### HUGHES v. STATE. (No. 12074.)

Court of Criminal Appeals of Texas. Oct. 10, 1928.

A. A. Dawson, State's Atty., of Austin, for the State.

MARTIN, J. Offense, unlawfully carrying a pistol; penalty, fine of $100.

The record in this case failing to show that a notice of appeal was given and entered of record, as required by article 827, C. C. P., this court is without jurisdiction to pass on same, and the appeal is accordingly ordered dismissed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.